IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GLASKER JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 114-221 |
| CITY OF WADLEY; HAROLD MOORE, Mayor; FNU LEWIS, City of Wadley Police Bureau Chief; and ANANDE GAITER, Officer #332, all parties in their official and individual capacity, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 13). Nothing in the objections changes the Magistrate Judge's analysis that this case is due to be dismissed because Plaintiff failed to comply with the Court's order regarding amending his complaint and because Plaintiff fails to state a claim upon which relief can be granted. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** this case. To the extent Plaintiff may have any viable state law claims regarding the events alleged in the amended complaint, the Court also **DISMISSES** those claims so that

Plaintiff may pursue them in state court. Upon the foregoing, the Court **CLOSES** this civil action.

SO ORDERED this 24th day of March, 2015, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA